MARJORIE HAUF, ESQ.
Nevada Bar No. 008111
GANZ & HAUF
8950 W. Tropicana Avenue, Suite 1
Las Vegas, Nevada 89147
Tel:  (702) 598-4529
Fax: (702) 598-3626
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of the ESTATE OF ELENA MILLER aka ELENA SAXE IVANKOVICH, <br><br>Deceased. | CASE NO.:   2:13-cv-01659-APG-NJK |

**ORDER GRANTING PETITION TO COMPROMISE & SETTLE CONTROVERSY OF CLAIM RE: PERSONAL INJURIES TO THE ESTATE OF ELENA MILLER aka ELENA SAXE IVANKOVICH & ALLOWANCE & PAYMENT OF ATTORNEY FEES & COSTS RELATED THERETO**

Order and Release of Funds, having been filed herein with the Clerk of the Court a Petition to Compromise and Settle Controversy of Claim re: Personal Injuries to the Estate of Elena Miller aka Elena Saxe Ivankovich and Allowance and Payment of Attorney Fees and Costs Related Thereto, notice of said Petition has been duly given as required by law, and the Court having considered the evidence; finds that the facts alleged in the Petition are true and correct and that the Petition ought to be granted:

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the fees due to Ganz & Hauf in their capacity as attorneys for the personal injury claims of Elena Miller aka Elena Saxe Ivankovich, in the amount of $5,000.00, (33 1/3%) pursuant to their contingency fee agreement with regards to Elena Miller aka Elena Saxe Ivankovich's third-party claim, be allowed, approved, and ordered paid upon receipt of the settlement sum.



**8950 W. Tropicana Ave., #1**
**Las Vegas, NV  89147**
**Phone: (702) 598-4529**
**Fax: (702) 598-3626**

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the fees due to Ganz & Hauf in their capacity as attorneys for the personal injury claims of Elena Miller aka Elena Saxe Ivankovich, in the amount of $38,000.00, (40%) pursuant to their contingency fee agreement with regards to Elena Miller aka Elena Saxe Ivankovich's first-party claim, be allowed, approved, and ordered paid upon receipt of the settlement sum.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that the costs due to Ganz & Hauf in their capacity as attorneys for the personal injury claims of Elena Miller aka Elena Saxe Ivankovich, in the amount of $1,952.79, be allowed, approved, and ordered paid upon receipt of the settlement sum.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that the following be paid out of Elena Miller aka Elena Saxe Ivankovich's total settlement in the amount $110,026.18.

| | |
|---|---|
| Attorney's fees (33 1/3% of $15,000.00 & 40% of $95,000.00): | $43,000.00 |
| Attorney's Costs: | $1,952.79 |
| Medical Bills to be Compromised: | $1,100.00 |
| Net Recovery to Estate | $63,973.39 |

IT IS FURTHER ORDERED ADJUDGED AND DECREED that the Net Recovery of $63,973.39 be transferred to the executor of Elena Miller aka Elena Saxe Ivankovich's estate, Helena Chavarria Saxe, for distribution with the other assets of the estate.

Dated: March 25, 2015.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,
GANZ & HAUF

_____
MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
JASON LATHER, ESQ.
Nevada Bar No. 12607